08/19/2026 Judge Peter C McKittrick

| | | |
|---|---|---|
| 09:00 26-32234-pcm11 | Roberta F. Huang - db (Present) | THEODORE J PITEO |
| | Anna & Nikolay Antonov<br>Meadberry Properties, LLC -cr | STEPHEN RAHER |
| | Michael S. DeLeo -tr (Present)<br>US Trustee, Portland -ust | <br>CHRISTIAN TORIMINO |

**Matter: Status Conference**

Summary of Proceedings

Mr. Piteo reported that progress has been made but he recognizes that not all documents have been provided. He believes confirmation can proceed and questions can be answered there.

Mr. Raher has Rule 2004 examinations scheduled, but has received a request to reschedule at least one. He will only do that if confirmation is moved.

Mr. Torimino said that they are still unsure if 2024 taxes have been filed, and have not received anything on 2025 taxes. He does not believe confirmation can proceed without priority debt information. They are also still unsure on the property owner for the lease, but that company now has counsel. Mr. DeLeo agreed.

The Court will reset Confirmation Hearing to October 2, 2026 at 9:30 am in courtroom 1 and by Zoom (hybrid).

At Mr. Torimino's request, ballots will be due 9/17/2026, summary of ballots on 9/22/2026, and objections on 9/25/2026. Mr. Torimino will lodge an order, and then Mr. Piteo to notice.

---

Order to be prepared by: _____ Clerk’s Office _____ Chambers Other: